**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DISABLED PATRIOTS OF** | ) | **CASE NO. 1:06CV3063** |
| **AMERICA, INC., et al.,** | ) | |
| Plaintiffs, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BEVERLY TERRACE, LTD.,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J**.:

On May 28, 2008, the Verified Application (ECF DKT #19)of Plaintiffs, Disabled Patriots of America, Inc. and Bonnie Kramer, for an award of fees, expenses, and costs under 42 U.S.C. § 12205 was referred to the Magistrate Judge for a Report and Recommendation. On August 25, 2008, the Magistrate Judge recommended approving the Plaintiffs' application in full.

Fed. R. Civ. P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service; but neither party has timely filed any objections. Therefore, the Court must assume the parties are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use

of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), aff'd 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED, and Plaintiffs' Application for attorneys' fees, expert fees, and costs is APPROVED AND GRANTED IN FULL.

**IT IS SO ORDERED.**

**DATE:  ____September 25, 2008_____**

**S/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**